PILOT BUILDING AND LOAN ASSOCIATION OF NEWARK, RESPONDENT, v. SAMUEL CHIEFF ET AL., APPELLANTS.

Argued October 29, 1924—Decided January 19, 1925.

On appeal from the Supreme Court, whose *per curiam* is printed in 1 *N. J. Mis. R.* 547.

For the respondent, *Selick J. Mindes.*

For the appellants, *Adam J. Rossbach.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, LLOYD, GARDNER, VAN BUSKIRK, CLARK, KAYS, JJ.    12.

*For reversal*—None.